UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ATO a/k/a ROHAN JOHNSON,                    JUDGMENT
                                            05-CV- 4095 (JBW)
                    Petitioner,

   -against-

HORN,

                    Respondent.
-----------------------------------------------------------------X

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on August 4, 2006, dismissing the petition for a writ of habeas corpus as moot; and denying a Certificate of Appealability; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition is dismissed as moot; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
       August 08, 2006

                                            ROBERT C. HEINEMANN
                                            Clerk of Court

                                            By Chief Deputy